Gary CLARK, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 9, 2017

Supreme Court of Delaware.

Submitted: March 23, 2017

Decided: May 5, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1203004248

GRANTED. AFFIRMED.

Bernard ELLERBE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 453, 2016

Supreme Court of Delaware.

Submitted: March 2, 2017

Decided: May 8, 2017

Reargument and Rehearing En Banc Denied May 19, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1406020386

AFFIRMED.